```
BENJAMIN B. WAGNER
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOANN C. NASH,<br><br>    Defendant. | Case No.  2:10-cr-51 JAM<br><br>STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND RESCHEDULING FILING DEADLINES |

### Stipulation

Counsel for both parties will be conducting a court trial on the day the government's opposition brief is currently due, April 20, 2010.  Counsel therefore agree that the government's brief may be filed on May 4, 2010 instead, and the defendant's reply brief may be filed on May 11, 2010.  The hearing may be continued to May 18, 2010, at 9:30 a.m.

The parties further stipulate that time may continue to be excluded from the speedy trial calculation under the Speedy Trial Act through the new hearing date of May 18, 2010, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E, because of the pendency of the motion.

1

1     Ms. Cusick has authorized the prosecutor to sign this
2 stipulation on her behalf.
3 DATED:  April 16, 2010            BENJAMIN B. WAGNER
                                    United States Attorney
4
5                                by  /s/ Samantha S. Spangler
                                    Samantha S. Spangler
6                                   Assistant U.S. Attorney
7
8 DATED:  April 16, 2010            DANIEL J. BRODERICK
                                    FEDERAL DEFENDER
9
                                 by /s/ Samantha S. Spangler  for
10                                  Lauren Cusick
                                    Counsel for Defendant
11                                  JoAnn C. Nash

12                                Order

13     Good cause appearing, the Court grants the parties' stipulated
14 continuance of the haring on the defendant's motion to dismiss to
15 May 18, 2010, at 9:30 a.m., and the rescheduling of the other filing
16 deadlines.  Time is excluded from the speedy trial calculation under
17 the Speedy Trial Act through the new status conference date of
18 May 18, 2010, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local
19 Code E because of the pendency of the motion.
20     IT IS SO ORDERED.
21 DATED:  April 19, 2010            /s/ John A. Mendez
                                    JOHN A. MENDEZ
22                                  UNITED STATES DISTRICT COURT JUDGE

2