```
 1  BENJAMIN B. WAGNER
    Acting United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-51 JAM |
| ) Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING ON |
| v. ) | DEFENDANT'S MOTION TO DISMISS |
| ) | |
| JOANN C. NASH, ) | |
| ) | |
| Defendant. ) | |

## Stipulation

The government has decided to ask the Grand Jury for a Superseding Indictment in this case which will assert only conduct within the statute of limitations as to Count One and will assert a Count Two which alleges paragraph two of 18 U.S.C. § 641, which the government contends is a continuing offense, and which will include all conduct presently alleged in the indictment. So that the Court and counsel are in a better position to review the motion after the Superseding Indictment has been filed, the parties agree to continue the hearing one week. The hearing may be continued to May 25, 2010, at 9:30 a.m.

///

1

1   The parties further stipulate that time may continue to be
2 excluded from the speedy trial calculation under the Speedy Trial
3 Act through the new hearing date of May 18, 2010, pursuant to 18
4 U.S.C. § 3161(h)(1)(D) and Local Code E, because of the pendency of
5 the motion.
6   Ms. Cusick has authorized the prosecutor to sign this
7 stipulation on her behalf.

8 DATED: May 13, 2010                BENJAMIN B. WAGNER
                                     United States Attorney
9
10                           by      /s/ Samantha S. Spangler
                                     Samantha S. Spangler
11                                   Assistant U.S. Attorney
12
13 DATED: May 13, 2010                DANIEL J. BRODERICK
                                     FEDERAL DEFENDER
14
                             by      /s/ Samantha S. Spangler  for
15                                   Lauren Cusick
                                     Counsel for Defendant
16                                   JoAnn C. Nash

17                              <u>Order</u>

18   Good cause appearing, the Court grants the parties' stipulated
19 continuance of the hearing on the defendant's motion to dismiss to
20 May 25, 2010, at 9:30 a.m.  Time is excluded from the speedy trial
21 calculation under the Speedy Trial Act through the new hearing date
22 pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E because of
23 the pendency of the motion.
24   IT IS SO ORDERED.
25 DATED: May 13, 2010                /s/ John A. Mendez
                                     JOHN A. MENDEZ
26                                   UNITED STATES DISTRICT COURT JUDGE
27
28