```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JOANN C. NASH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-051 JAM |
| Plaintiff, ) | STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE |
| v. ) | |
| JOANN C. NASH, ) | Date: July 27, 2010<br>Time: 9:30 am.<br>Judge: Hon. John A. Mendez |
| Defendants. ) | |

It is hereby stipulated between the parties, Lauren Cusick, Assistant Federal Defender, for Defendant Joann C. Nash, and Samantha Spangler, Assistant United States Attorney, counsel for the Plaintiff, that the briefing schedule on the motion be modified as follows and the Motion Hearing set for July 27, 2010 at 9:30 am.  The following is the new schedule:

```
    Defense Motion due  . . . . . . . . . . . . . . . . . . June 29, 2010
    Government's Opposition due . . . . . . . . . . . . . . July 14, 2010
    Defense Reply due . . . . . . . . . . . . . . . . . . . July 21, 2010
    Motion Hearing  . . . . . . . . . . . . . . . . . . . . July 27, 2010
```
   The parties agree that time should be excluded from the date of

this order until the Motion Hearing set for July 27, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)and(B)(iv) and Local Code T4 (reasonable time to prepare). Defense counsel became unexpectedly unavailable before the original motion filing date, and the reason for the continuance is to allow defense counsel additional time to file the motion.

Dated: June 25, 2010

                                              Respectfully submitted,

                                              DANIEL BRODERICK
Federal Defender

/s/ Lauren Cusick
LAUREN CUSICK
Assistant Federal Defender
Attorney for Joann C. Nash


BENJAMIN WAGNER
United States Attorney

/s/ Samantha Spangler

Dated: June 25, 2010

SAMANTHA SPANGLER
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: June 25, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District