BENJAMIN B. WAGNER
Acting United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:10-cr-51 JAM |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING JURY TRIAL AND TRIAL CONFIRMING HEARING DATES |
| v. ) | |
| JOANN C. NASH, ) | |
| Defendant. ) | |

Stipulation

The parties hereby stipulate to a rescheduling of the trial confirming hearing and jury trial dates, for three reasons.  First, the case agent has an opportunity to teach a course the week following the currently scheduled trial.  Second, the prosecutor is laid up with multiple ruptured disks impinging on the nerves in her spine.  Third, the defendant has personal matters to attend to during the week of the trial.

Therefore, the parties agree that the trial confirming hearing, scheduled for September 7, 2010, may be vacated and rescheduled for October 5, 2010, at 9:30 a.m., and that the jury trial, scheduled

///

1

1 for September 27, 2010, may be vacated and rescheduled for October
2 18, 2010 at 9:00 a.m.
3     The parties further stipulate that time may continue to be
4 excluded from the speedy trial calculation under the Speedy Trial
5 Act through the new trial date of October 18, 2010, pursuant to 18
6 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4, for preparation
7 and continuity of counsel.
8     Ms. Harter has authorized the prosecutor to sign this
9 stipulation on her behalf.
10 DATED:  September 1, 2010      BENJAMIN B. WAGNER
                                  United States Attorney
11
12                          by    /s/ Samantha S. Spangler
                                  Samantha S. Spangler
13                                Assistant U.S. Attorney
14
15 DATED:  September 1, 2010      DANIEL J. BRODERICK
                                  FEDERAL DEFENDER
16
17                          by    /s/ Samantha S. Spangler  for
                                  Linda Harter
18                                Supervisory Assistant Federal Defender
                                  Counsel for Defendant JoAnn C. Nash
19
20                              Order
21     Good cause appearing, the Court grants the parties' stipulated
22 continuance of the trial confirming hearing to October 5, 2010, at
23 9:30 a.m. and the jury trial to October 18, 2010 at 9:00 a.m.  Time
24 is excluded from the speedy trial calculation under the Speedy Trial
25 Act through the new hearing date pursuant to 18 U.S.C. §
26 3161(h)(7)(A) & (B)(iv) and Local Code T4 for preparation and
27 continuity of counsel.
28 ///

2

1 | IT IS SO ORDERED.

2 | DATED: September 2, 2010       /s/ John A. Mendez
3 |                                 JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE