1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOANN C. NASH

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. 2:10-cr-51-JAM
                                  )
12              Plaintiff,        )
                                  )  STIPULATION AND ORDER TO CONTINUE
13      v.                        )  TRIAL CONFIRMATION AND JURY TRIAL
                                  )  DATES; EXCLUDE TIME
14 JOANN C. NASH,                 )
                                  )
15              Defendant.        )  Date:  October 5, 2010
                                  )  Time:  9:30 a.m.
16 _____)  Judge: Hon. John A. Mendez

17

18      IT IS HEREBY STIPULATED AND AGREED between the parties, Samantha

19 Spangler, Assistant United States Attorney, attorney for Plaintiff, and

20 Linda C. Harter, Chief Assistant Federal Defender, attorney for

21 defendant JOANN C. NASH, that the Trial-Confirmation date of October 5,

22 2010 and Jury Trial date of October 18, 2010 be vacated, and a new

23 Trial-Confirmation date of October 26, 2010 at 9:30 a.m. and Jury Trial

24 date of November 8, 2010 at 9:00 a.m. be set.

25      This continuance is requested as Ms. Nash is scheduled for foot

26 surgery in October, and the government's expert witness will also be

27 available the week of November 8, 2010.

28      It is further stipulated between the parties that the period from

the date of the signing of this order through and including November 8, 2010 should be excluded pursuant to 18 U.S.C. §3161(h)(7)(A) & (B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: September 15, 2010          Respectfully Submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Linda C. Harter
                                   _____
                                   LINDA C. HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   JOANN C. NASH


Dated: September 15, 2010          BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Linda C. Harter for
                                   _____
                                   SAMANTHA S. SPANGLER
                                   Assistant U.S. Attorney

                              <u>**O R D E R**</u>

    **IT IS SO ORDERED.**   Time is excluded from today's date through and including November 8, 2010 in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) & (B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: 9/15/2010          /s/ John A. Mendez
                          _____
                          JOHN A. MENDEZ
                          United States District Judge