```
BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-cr-051 JAM |
| Plaintiff, | STIPULATION AND ORDER AFTER HEARING EXCLUDING TIME |
| v. | |
| JOANN C. NASH, | |
| Defendant. | |

<u>Stipulation</u>

This matter came before the Court on October 25, 2010, for trial confirming hearing.  Assistant U.S. Attorney Samantha S. Spangler appeared on behalf of the United States.  Assistant Federal Defender Linda Harter appeared for the defendant, who was not present and has a waiver of appearance on file.

The Court moved the jury trial from November 8 to November 18, 2010, at 9:00 a.m. and confirmed the setting.  Ms. Harter indicated that Ms. Nash recently had foot surgery and the additional 10 days will give her additional time to heal.  The prosecution joined the request to continue, noting that the additional time would give the

///

prosecutor additional time to heal from her back injury and that a key government witness is unavailable from November 15-17, 2010.

The parties did not ask the Court to exclude time from the Speedy Trial Act calculation.  The parties now stipulate that time may be excluded through the trial date on November 18, 2010, for preparation and continuity of counsel and unavailability of the defendant, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), and (h)(3)(A) & (B), and Local Codes T4 and M, because the scheduled trial date is the first available date for defense counsel, the defendant, and an essential government witness.

Dated:  October 26, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                             By   /s/ Samantha S. Spangler
                                  Samantha S. Spangler
                                  Assistant U.S. Attorney


Dated:  October 26, 2010          DANIEL A. BRODERICK
                                  Federal Defender

                             By   /s/ Samantha S. Spangler for
                                  Linda Harter
                                  Assistant Federal Defender

## Order

GOOD CAUSE APPEARING, time is ordered excluded from the Speedy Trial Act calculation through the trial date on November 18, 2010, for preparation and continuity of counsel and unavailability of the defendant, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), and (h)(3)(A) & (B), and Local Codes T4 and M, because the scheduled trial date is the first available date for defense counsel, the defendant, and an essential government witness.  The Court finds that the interests of justice served by granting the continuance
///

2

outweigh the interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

DATED: October 29, 2010

                               /s/ John A. Mendez
                               JOHN A. MENDEZ, JUDGE
                               UNITED STATES DISTRICT COURT